EEOC Received 03/09/2021

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA [X] EEOC | 440-2021-05082 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Imelda Corona
**Home Phone** (Incl. Area Code): 773-440-0206
**Date of Birth**: 7/20/1991

**Street Address**: 2129 N. Lockwood
**City, State and ZIP Code**: Chicago, IL 60639

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: City of Chicago – Chicago Dept. of Animal Care and Control
**No. Employees, Members**: 15+
**Phone No.** (Include Area Code): 312-747-1406
**Street Address**: 2741 S. Western Avenue
**City, State and ZIP Code**: Chicago, IL 60609

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] PREGNANCY

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 2/4/2018    Latest: 3/2021
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

See Exhibit A for Particulars

"OFFICIAL SEAL"
JOSE A CENICEROS
Notary Public - State of Illinois
My Commission Expires August 20, 2022

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 03-05-2021
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements
State of IL, County of Cook

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit A

**EXHIBIT A – PARTICULARS FOR IMELDA CORONA V. CITY OF CHICAGO**

I, Imelda Corona, was discriminated against due to my sex, subjected to a hostile work environment due to my sex, and retaliated against and harassed for engaging in protected activity in violation of Title VII and the Illinois Human Rights Act by my current employer, the City of Chicago, in the following ways:

- On February 4, 2018, I was sexually assaulted by a co-worker, Mr. Caballero.
- The sexual assault occurred outside of work hours; however, Mr. Caballero and I worked closely on the same shift.
- On or around February 15, 2019, a colleague told me that she heard Mr. Caballero had sexually assaulted me.
- I was further informed that my supervisor, Jose Del-Rio, had been informed at some point prior to February 15, 2019, that Mr. Caballero had sexually assaulted me.
- Despite the report of sexual assault, Mr. Caballero and I continued to be placed on the same shift; Supervisor Del-Rio continued to require Mr. Caballero and I to have one on one interaction; and Supervisor Del-Rio/City of Chicago did not undertake any investigation, escalate the issue, or institute any discipline.
- Upon being told that I was aware of his knowledge of my sexual assault, Supervisor Del-Rio became upset with me and would attempt to ignore me at all costs; indeed, he began to disparage me to my co-workers.
- On or around February 18, 2019, a co-worker who was also sexually assaulted by Mr. Caballero and I reported the same with the City of Chicago EEO group.
- On or around February 21, 2019, we filed a police report with the City of Chicago.
- On or around February 26, 2019, I spoke with HR to report the retaliatory treatment of my supervisor and another colleague, Francis Watson.
- On or around April 8, 2019, I gave a statement to the Inspector General's Office.
- What is more, despite my reports to HR, Supervisor Del-Rio continued to spread information of my sexual assault throughout the office and disparage me. Several colleagues were informed of my assault, and it became a widely discussed topic at work.
- Despite my reports to HR, Supervisor Del-Rio and Francis Watson would routinely tell co-workers that I was "ruining their lives" because of my report and would call me disparaging names. Co-workers throughout the office who were informed of the issue and resulting investigation would constantly demean me and say that this was "grown folk business" and that I shouldn't have put myself in the situation to be sexually assaulted. They would say that my reports of the same were causing tension in the workplace and were upset because we could no longer have our bowling night.
- Derogatory pictures/memes were placed in the dispatch room in reference to people "snitching."
- Despite all of this, at no time during any investigation did the shifts of any of the parties involved change. I was required to be in the same room with harassers, including, but not limited to, Mr. Cabellero, Mr. Del-Rio, and Ms. Watson every day.
- Finally, on or around October 2020, close to two years after the City of Chicago – via, at least, Supervisor Del-Rio – was informed of my co-worker sexual assaulting me, Mr. Caballero was terminated.